UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ESTATE OF MICHAEL ROGEL,<br><br>Plaintiff,<br><br>vs.<br><br>BOZEMAN POLICE DEPARTMENT, JUSTIN CHAFFINS, ZACHARY GARFIELD, HANNAH HELSBY, RYAN JEPPSON, JAMES MARVICH, JON OGDEN, SHAWN TORESDAHL, CODY YBARRA, JOHN DOE DEFENDANTS 1-100,<br>Defendant. | CV-24-34 -BU-BMM<br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been met with objection,

IT IS ORDERED:

1. The case is reassigned to the Honorable Brian Morris, United States District Judge, for all further proceedings and entry of judgment.

2. The Clerk of Court is directed to forthwith notify the parties of the making of

this Order.

DATED this 24th day of July, 2024.

_____
Brian Morris, Chief District Judge
United State District Court