IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ESTATE OF MICHAEL ROGEL, by and through its personal representative, MARY ROGEL,<br><br>Plaintiff,<br><br>v.<br><br>BOZEMAN POLICE DEPARTMENT, JUSTIN CHAFFINS, ZACHARY GARFIELD, HANNAH HELSBY, RYAN JEPPSON, JAMES MARVICH, JON OGDEN, SHAWN TORESDAHL, CODY YBARRA and JOHN DOE DEFENDANTS 1-100,<br><br>Defendants. | Cause No. CV-24-034-BU-BMM<br><br>**ORDER** |

The Court, having reviewed Defendants Chaffins, Garfield, Helsby, Jeppson, Marvich, Ogden, Toresdahl and Ybarra's Unopposed Motion to Vacate Hearing on Defendants' Motions to Dismiss and for Scheduling Conference and good cause appearing therefor,

IT IS ORDERED that the Hearing on Defendants' Motions to Dismiss scheduled for October 17, 2024, at the Mike Mansfield Federal Courthouse in Butte is VACATED; and RESET for October 21, 2024 at 1:30 p.m. at the Missouri

River Federal Courthouse, Great Falls, Montana before the undersigned.

DATED this 8th day of October, 2024.

_____
Brian Morris, Chief District Judge
United State District Court